JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| SPACE FLEX INTERNATIONAL, LLC, a Nevada Limited Liability Company,<br><br>    Plaintiff,<br><br>    v.<br><br>SEALED UNIT PARTS CO., INC., a New York Corporation; DOES 1 TO 10, inclusive,<br><br>    Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. EDCV13-00567-VAP (OPx)<br><br>The Hon. Virginia A. Phillips<br><br>**ORDER** |

The parties hereto having advised the Court that they have resolved the matters between them and agreed to entry of this Order.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. All claims set forth herein including those in the Complaint and the Counterclaims are dismissed with prejudice.

2. Each party shall bear its own costs and attorney fees incurred in connection with this matter

**SO ORDERED:**

Dated: December 3, 2013

_____
Virginia A. Phillips
United States District Judge