JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| SPACE FLEX INTERNATIONAL, LLC, a Nevada Limited Liability Company,<br><br>        Plaintiff,<br><br>   v.<br><br>SEALED UNIT PARTS CO., INC., a New York Corporation; DOES 1 TO 10, inclusive,<br><br>        Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. EDCV13-00567-VAP (OPx)<br><br>The Hon. Virginia A. Phillips<br><br>**STIPULATED DISMISSAL WITH PREJUDICE** |

## STIPULATED DISMISSAL WITH PREJUDICE

The parties hereto having advised the Court that they have resolved the matters between them and agreed to entry of this Order as indicated by the signature of their respective counsel below, that the Court Order, Adjudge, And Decree that:

1.   All claims set forth herein including those in the Complaint and the Counterclaims are dismissed with prejudice.

2.   Each party shall bear its own costs and attorney fees incurred in connection with this matter.

**IT IS SO ORDERED.**

December 5, 2013                              Virginia A. Phillips

                                              United States District Judge

By:  s/  Allan H. Grant  
    Allan H. Grant  
    GRANTS LAW FIRM  
    3638 University Ave. #203  
    Riverside, CA 92501  
    Tel:    951.544.5248  
    E-mail: allan@grants-law.com  

Dated: November 11, 2013

*Attorneys for Plaintiff and Counterdefendant Space Flex International, LLC*

By:  s/ Jonathan A. David  
    Jonathan A. David  
    LERNER, DAVID, LITTENBERG,  
     KRUMHOLZ & MENTLIK, LLP  
    600 South Avenue West  
    Westfield, NJ  07090  
    Tel:    908.654.5000  
    E-mail: JDavid@ldlkm.com  
          Litigation@ldlkm.com  

Dated: November 11, 2013

*Attorneys for Defendant and Counterclaimant Sealed Units Part Co., Inc.*