# PRIORITY SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   EDCV 13-00940-VAP (SPx)                    Date:  December 6, 2013

Title:   CHRISTIE L. REED -v- FEDERAL NATIONAL MORTGAGE ASSOCIATION, ET AL.
================================================================
PRESENT:   HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

| Marva Dillard | None Present |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
| None | None |

PROCEEDINGS:   ORDER TO SHOW CAUSE RE: FAILURE TO APPEAR AT SCHEDULING CONFERENCE (IN CHAMBERS)

   On October 10, 2013, the Court issued an order setting a scheduling conference in this matter for 1:30 p.m. on December 2, 2013.  (See Order (Doc. No. 38).)  In violation of Local Rule 6-13, Defendant/Crossclaimant/Counterclaimant Federal National Mortgage Association's counsel failed to attend the conference.

   The Court therefore ORDERS Plaintiff's counsel to show cause, in writing, not later than December 13, 2013, why sanctions should not issue in the amount of $500 for counsel's failure to appear at the conference.

   **IT IS SO ORDERED.**